UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:24-cr-00118-JPH-KMB |
| DARRION DERRAIN CROMER, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [19]. The Court now **ORDERS** that Darrion Derrain Cromer's supervised release is therefore **REVOKED**, dkt. [8], and Mr. Cromer is sentenced to the custody of the Attorney General or his designee for imprisonment of 15 months with no federal supervision to follow. The Court recommends placement at FCI - Coleman.

**SO ORDERED.**

Date: 11/12/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C